# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1221

_____

Raymond Earl Osloond,       *
      *
      Appellant,       *
      *   Appeal from the United States
      v.       *   District Court for the
      *   District of South Dakota.
Theodore J. Vore; Elizabeth A. Benning; *
Sheila R. Aaker; Fred W. Romkema,       *      **[UNPUBLISHED]**
      *
      Appellees.       *

_____

Submitted: September 8, 1998
Filed: September 11, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Raymond Earl Osloond appeals from the district court's[1] order granting defendants summary judgment. After careful review of the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

_____

[1]The HONORABLE RICHARD H. BATTEY, Chief Judge, United States District Court for the District of South Dakota.

Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.